# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

MARY STAFFORD,

        Plaintiff,

                                Case No. 3:20-cv-993-MMH-PDB

vs.

C. R. BARD, INC., et al.,

        Defendants.

_____/

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Stipulation of Dismissal Without Prejudice (Dkt. No. 45; Stipulation) filed on March 15, 2021.   In the Stipulation, the parties request dismissal of this matter without prejudice.   <u>See</u> Stipulation at 1.   Accordingly, it is hereby

    **ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2.    Each party shall bear its own costs.

3.    The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of March,

2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record